# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

BARBARA HENRY AND RAY HENRY

VERSUS

GPS HOSPITALITY HOLDING CO.
LLC, GPS HOSPITALITY
PARTNERS IV, LLC, BURGER
KING RESTAURANT, ABC
INSURANCE COMPANY, AND THE
TRAVELERS COMPANIES, INC.

NO.   2021 CW 1313

DECEMBER 30, 2021

---

In Re:   GPS Hospitality Partners IV, LLC and Burger King
         Corporation, applying for supervisory writs, 32nd
         Judicial District Court, Parish of Terrebonne, No.
         189933.

---

BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.

   WRIT DENIED.

                         VGW
                         AHP
                         CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT